UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UMAR MUHAMMED,

                              Plaintiff,

                - against -

SAMMY GROCERY & DELI CORP.; and
MOHAMMED KARINAH,

                              Defendants.
---------------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 12/27/2021 |

**ORDER**

20 Civ. 08906 (NSR)

Román, D.J.:

The Court waives the Initial Pre-trial Conference and directs the parties to complete a Case Management Plan and Scheduling Order (blank form attached hereto).  Said Scheduling Order shall be submitted to chambers by January 11, 2022.  After review and approval of the Scheduling Order, the Court will issue an Order of Reference to Magistrate Judge Andrew E. Krause for general pretrial purposes.  The parties are directed to contact Judge Krause within seven (7) business days of the date of the Order of Reference  to schedule a conference.

Dated:        December 27, 2021
              White Plains, New York

                                        SO ORDERED.

                                        Nelson S. Román, U.S.D.J.

UNITED STATES DISTRICT COURT                        Rev. Jan. 2012
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

                                                    **CIVIL CASE DISCOVERY PLAN**
                            Plaintiff(s),           **AND SCHEDULING ORDER**

        - against -

                            Defendant(s).     _____ CV _____ (NSR)

-------------------------------------------------------------x

  This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel,
pursuant to Fed. R. Civ. P. 16 and 26(f):

1.      All parties [consent] [do not consent] to conducting all further proceedings before a
        Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).  The parties
        are free to withhold consent without adverse substantive consequences.  (If all parties
        consent, the remaining paragraphs of this form need not be completed.)

2.      This case [is] [is not] to be tried to a jury.

3.      Joinder of additional parties must be accomplished by                              .

4.      Amended pleadings may be filed until __                    ___.

5.      Interrogatories shall be served no later than _____, and responses thereto
        shall be served within thirty (30) days thereafter.  The provisions of Local Civil Rule 33.3
        [shall] [shall not] apply to this case.

6.      First  request  for  production  of  documents,  if  any,  shall  be  served  no  later  than
        _____.

7.      Non-expert depositions shall be completed by                              .

        a.      Unless counsel agree otherwise or the Court so orders, depositions shall not be held
                until all parties have responded to any first requests for production of documents.

        b.      Depositions shall proceed concurrently.

        c.      Whenever possible, unless counsel agree otherwise or the Court so orders, non-party
                depositions shall follow party depositions.

8.      Any further interrogatories, including expert interrogatories, shall be served no later than
        _____.

9.      Requests to Admit, if any, shall be served no later than _____.

10.     Expert reports shall be served no later than _____.

11.     Rebuttal expert reports shall be served no later than _____.

12.     Expert depositions shall be completed by _____ .

13.     Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14.     **ALL DISCOVERY SHALL BE COMPLETED BY** _____.

15.     Any motions shall be filed in accordance with the Court's Individual Practices.

16.     This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of
        Court (or the assigned Magistrate Judge acting under a specific order of reference).

17.     The Magistrate Judge assigned to this case is the Hon. _____.

18.     If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the
        Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this
        Order consistent therewith.

19.     The next case management conference is scheduled for _____, at
        _____. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated:  White Plains, New York
        _____

                                                _____
                                                Nelson S. Román, U.S. District Judge